**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Miyo M. Alexander,

Petitioner,

v.

State of Minnesota,

Respondent.

Civ. No. 26-3554 (JWB/EMB)

**ORDER ACCEPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE**

---

United States Magistrate Judge Elsa M. Bullard issued a Report and Recommendation ("R&R") on October 7, 2026. (Doc. No. 11.) No objections have been filed to that R&R in the time permitted. Absent timely objections, the R&R is reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996). Having reviewed the R&R, no clear error is found.

Based on the R&R of the Magistrate Judge, and on all the files, records, and proceedings in this case, **IT IS HEREBY ORDERED** that:

1. The October 7, 2026 Report and Recommendation (Doc. No. 11) is **ACCEPTED**.

2. This action is **DISMISSED WITHOUT PREJUDICE** under Federal Rule of Civil Procedure 41(b) for failure to prosecute.

3. Petitioner Miyo M. Alexander's opening filing (Doc. No. 1), construed as a petition for a writ of habeas corpus under 28 U.S.C. § 2254, is **DENIED**.

4. No certificate of appealability is issued.

5. Respondent's motion to dismiss (Doc. No. 10) is **DENIED AS MOOT**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: November 20, 2026

*s/ Jerry W. Blackwell*
JERRY W. BLACKWELL
United States District Judge